No. 867. P. S. KENDRICK AND J. A. KENDRICK *v.* MARY W. KENDRICK. March 14, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth

Circuit denied. *Messrs. J. M. McCormick, S. M. Leftwich,* and *Paul Carrington.* for petitioners. *Mr. David B. Trammett* for respondent.